

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | April 9, 2024 |
| Case Number: | 3:24−cv−00597−AR |
| Case Title: | Simon v. The Bountiful Company et al |

**(A)　Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Stacie F. Beckerman to the Honorable Jeff Armistead, United States Magistrate Judge.[1] Information on this case may be obtained from the following:

> Courtroom Deputy:　Pam Geringer
> Telephone: 503−326−8059
> Email: pam_geringer@ord.uscourts.gov
>
> Docket Information:　Telephone: 503−326−8050

**(B)　Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)　Change to the Case Number:** Effective immediately, Judge Armistead's initials (AR) will replace the previous judge's initials in this case.

> **MELISSA AUBIN**
> **Clerk of Court**

cc:　Judge Armistead
　　Counsel of Record

---

[1] All United States Magistrate Judges in this District are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge). We strongly encourage the parties to consent to the jurisdiction of a U.S. Magistrate Judge over dispositive motions, trial, and entry of final judgment in this case by signing and filing a Consent to Jurisdiction by a United States Magistrate Judge. There are no adverse consequences for failure to file a Consent.